March 7, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

RIESON GABRIEL, Appellant

NO. 14-12-00349-CV                     V.

ASSOCIATED CREDIT UNION OF TEXAS, Appellee
_____

This cause, an appeal from the judgment in favor of appellee, Associated Credit Union of Texas, signed March 26, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Rieson Gabriel, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.